Alan Birnbaum
15830 Far View Place
Anchorage, AK 99516
907-522-2232
alanjbirnbaum@gmail.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUTH DUKOFF AND ALAN BIRNBAUM, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MUNICIPALITY OF ANCHORAGE, )<br>BOARD OF ADJUSTMENT OF THE )<br>MUNICIPALITY OF ANCHORAGE, AND )<br>PLATTING BOARD OF THE )<br>MUNICIPALITY OF ANCHORAGE. )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:22-cv-00007-SLG |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON
THE MOTION TO DISMISS**

Pursuant to Local Civil Rule 7.1(f), Plaintiffs reiterate their request for oral argument on the Motion to Dismiss, especially so that Plaintiffs can respond to Defendants' Reply in Support of Motion to Dismiss, filed on June 29, 2022. Dkt. 19. At oral argument, Plaintiffs would address, among other things, *Spirit of Aloha Temple v. County of Maui*, 2016 WL 347298 (D. Haw. Jan. 27, 2016), which Defendants now rely on even though the opinion predates the Motion to Dismiss.

Should the Court grant this request, Plaintiffs further ask that the oral argument occur before August 4, 2022, if the argument will be in person. Plaintiffs make this request because on August 4 they will be traveling to California to help a child move to the East Coast, and they will be staying on the East Coast for medical reasons, to visit elderly parents in declining health, and to visit another child. Plaintiffs return date to Anchorage will depend on their health and that of their parents: it might not be until September. If the oral argument will be held remotely, Plaintiffs request that it occur on any date other than the following, when they will be in a doctor appointment or traveling: August 11-12 and 16-17.

Dated: July 4, 2022

s/ Alan Birnbaum
Alan Birnbaum, Alaska Bar No. 605007
Attorney for Plaintiffs

Certificate of Service

I certify that on July 4, 2022, a true copy of this document was served through the CM/ECF System.

s/ Alan Birnbaum
Alan Birnbaum, Attorney for Plaintiffs