Jason A. Thomas
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Board of Adjustment, and
Platting Board of the Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUTH DUKOFF AND ALAN BIRBAUM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPALITY OF ANCHORAGE, BOARD ) <br> OF ADJUSTMENT, AND PLATTING BOARD ) <br> OF THE MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-00007 SLG |

## SUPERSEDING ENTRY OF APPEARANCE

The Municipal Attorney's Office, by and through Assistant Municipal Attorney Jason A. Thomas, hereby enters appearance as counsel of record on behalf of defendants, and requests that all future correspondence and documents pertaining to this action be forwarded by mail and/or emailed to:

Jason A. Thomas
Department of Law – Civil Division
P.O. Box 196650
Anchorage, AK 99519-6650
**uslit@muni.org**

Respectfully submitted this 9th day of April, 2024.

        ANNE R. HELZER
        Municipal Attorney

By: _/s/ Jason A. Thomas_
      Jason A. Thomas
      Assistant Municipal Attorney
      Alaska Bar No. 2005028

Certificate of Service
The undersigned hereby certifies that on 04/09/2024, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system.

And

Alan Birnbaum
alanjbirnbaum@gmail.com

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office