Alan Birnbaum
15830 Far View Place
Anchorage, AK 99516
907-522-2232
alanjbirnbaum@gmail.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUTH DUKOFF AND ALAN BIRNBAUM, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MUNICIPALITY OF ANCHORAGE, )<br>BOARD OF ADJUSTMENT OF THE )<br>MUNICIPALITY OF ANCHORAGE, AND )<br>PLATTING BOARD OF THE )<br>MUNICIPALITY OF ANCHORAGE. )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:22-cv-00007-SLG |

## PLAINTIFFS' FOURTH STATUS REPORT

Pursuant to the Court's Text Order, filed April 9, 2024 [Dkt. 29], Plaintiffs submit this report on the status of their action filed in state court on November 8, 2022: *Ruth Dukoff and Alan Birnbaum v. Board of Adjustment of the Municipality of Anchorage*, Case No. 3AN-22-08977 CI, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage (Plaintiffs' Appeal).

On May 3, 2024, the court denied the Motion to Dismiss, filed on August 11, 2023, of Andre Spinelli, Spinell Homes, Inc., and Mission Hills, LLC and denied Plaintiffs' Appeal. Plaintiffs plan to appeal to the Alaska Supreme Court.

Dated: May 11, 2024

s/ Alan Birnbaum
Alan Birnbaum, Alaska Bar No. 605007
Attorney for Plaintiffs

Certificate of Service

I certify that on May 11, 2024, a true copy of this document was served through the CM/ECF System.

s/ Alan Birnbaum
Alan Birnbaum, Attorney for Plaintiffs