Alan Birnbaum
15830 Far View Place
Anchorage, AK 99516
907-522-2232
alanjbirnbaum@gmail.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUTH DUKOFF AND ALAN BIRNBAUM, ) ) Plaintiffs, ) ) v. ) ) MUNICIPALITY OF ANCHORAGE, ) BOARD OF ADJUSTMENT OF THE ) MUNICIPALITY OF ANCHORAGE, AND ) PLATTING BOARD OF THE ) MUNICIPALITY OF ANCHORAGE. ) ) Defendants. ) _____ ) | Case No. 3:22-cv-00007-SLG |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alan Birnbaum and Ruth Dukoff and Defendants Municipality of Anchorage, Board of Adjustment of the Municipality of Anchorage, and Platting Board of the Municipality of Anchorage (individually "Party" and collectively "Parties") stipulate to the dismissal with prejudice of the above-captioned case. The Parties agree that each Party shall bear all its own expenses—e.g., attorney's fees and costs—resulting from or in any way connected with this case.

Dated: December 9, 2024          s/ Alan Birnbaum
                                 Alan Birnbaum, Alaska Bar No. 605007
                                 Attorney for Plaintiffs


Dated: December 9, 2024          s/ Jason A. Thomas
                                 Jason A. Thomas – AK Bar No. 2005028
                                 Attorney for Defendants


Certificate of Service

I certify that on December 9, 2024, a true copy of this document was served through the CM/ECF System.


s/ Alan Birnbaum
Alan Birnbaum, Attorney for Plaintiffs